UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DAVID W. HENNIS AND
CLARENCE D. CHAPMAN                                               PLAINTIFFS

V.                                          CIVIL ACTION NO. 3:08CV32 DPJ-JCS

ALTER TRADING CORPORATION                                         DEFENDANT

<u>JUDGMENT</u>

For the reasons given in the Court's Memorandum Order and Opinion, Defendant Alter

Trading Corporation's motion for summary judgment is granted.

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**SO ORDERED AND ADJUDGED** this the 5th day of January, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE